Dismissed and Memorandum Opinion filed December 1, 2005









Dismissed and Memorandum Opinion filed December 1,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00977-CV

____________

 

AMX ENTERPRISES, INC., AMX
ENTERPRISES, L.L.P., and AMX ENVIRONMENTAL, LTD., Appellants

 

V.

 

GREG SHINDLER and AMERICAN
PREVENTION AND RESTORATION SERVICES, INC., Appellees

 



 

On Appeal from the 333rd District
Court

Harris County , Texas

Trial Court Cause No.
03-49549

 



 

M E M O R A N D U M  O P I N I O N

This appeal is from a judgment signed April 29, 2005.  

On November 22, 2005, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 1, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.